| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>WALKER, JR., JOHN M | 2. Court or Organization<br><br>2d CIRCUIT COURT OF APPEALS | 3. Date of Report<br><br>5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Chief Circuit Judge - Act | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2002<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURT OF APPEALS<br>157 CHURCH STREET<br>NEW HAVEN, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Institute of Judicial Administration |
| 2. Past President | Federal Judges Association |
| 3. Director | U.S. Association of Constitutional Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 14 12 11 PH '04
FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JR., JOHN M | 5/13/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | Feb-Apr | Income as Visiting Lecturer, Yale Law School | 10,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | 9-15-03 - 9-20-03 Activity of professional association or civic organization; Bahrain |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $0 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. --- COMMON STOCK --- | | | | | | | | | |
| 2. AMERICAN INTL GROUP INC | A | Dividend | L | T | BUY | 9/30 | L | | |
| 3. AMERICAN INTL GROUP INC | A | Dividend | L | T | SOLD PART | 10/31 | L | | |
| 4. AMGEN INC. | | None | K | T | | | | | |
| 5. APOLLO GROUP | | None | L | T | | | | | |
| 6. AUTOZONE | | None | L | T | BUY | 5/5 | J | | |
| 7. AUTOZONE | | None | K | T | BUY | 12/12 | J | | |
| 8. BED BATH & BEYOND | | None | K | T | SOLD PART | 1/31 | K | C | |
| 9. BRISTOL MYERS SQUIBB CO. | A | Dividend | K | T | | | | | |
| 10. CARDINAL HEALTH INC. | A | Dividend | K | T | BUY | 5/5 | J | | |
| 11. CARDINAL HEALTH INC. | A | Dividend | K | T | BUY | 12/5 | J | | |
| 12. CINTAS CORP. | A | Dividend | J | T | BUY | 6/17 | J | | |
| 13. CISCO SYSTEMS INC | | None | L | T | BUY | 5/6 | J | | |
| 14. CURIS INC. | | None | J | T | BUY | 12/4 | J | | |
| 15. CURIS INC. | | None | J | T | BUY | 12/5 | J | | |
| 16. CURIS INC. | | None | J | T | BUY | 12/9 | J | | |
| 17. DELL COMPUTER CORP | | None | L | T | BUY | 2/20 | J | | |
| 18. DELL COMPUTER CORP. | | None | L | T | BUY | 3/12 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | DELL COMPUTER CORP. | | None | L | T | BUY | 3/14 | J | | |
| 20. | DELL COMPUTER CORP. | | None | L | T | BUY | 5/6 | K | | |
| 21. | EBAY | | None | K | T | | | | | |
| 22. | EMC CORPORATION | | None | J | T | | | | | |
| 23. | FEDERAL HOME LOAN | A | Dividend | | | SOLD | 12/14 | K | | |
| 24. | IBM | A | Dividend | L | T | BUY | 5/7 | K | | |
| 25. | INVITROGEN CORP | | None | M | T | BUY | 5/6 | K | | |
| 26. | L-3 COMMUNICATIONS HOLDINGS | | None | K | T | BUY | 5/7 | J | | |
| 27. | LOWES COS. INC. | A | Dividend | K | T | BUY | 5/29 | K | | |
| 28. | MEDTRONIC | A | Dividend | L | T | | | | | |
| 29. | MICROSOFT | | None | K | T | SOLD PART | 3/7 | K | | |
| 30. | ODYSSEY HEALTHCARE | | None | L | T | BUY | 3/5 | J | | |
| 31. | ODYSSEY HEALTHCARE | | None | L | T | BUY | 5/2 | J | | |
| 32. | ORACLE CORP | | None | K | T | | | | | |
| 33. | PEPSICO INC | A | Dividend | K | T | | | | | |
| 34. | SERONO | | None | K | T | | | | | |
| 35. | SMUCKER, J.M. & CO. | A | Dividend | K | T | BUY | 4/21 | K | | |
| 36. | UNITEDHEALTH GROUP | A | Dividend | K | T | BUY | 3/28 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JR., JOHN M | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. UNITEDHEALTH GROUP | A | Dividend | K | T | BUY | 5/5 | J | | |
| 38. UNITED SURGICAL PARTNERS | | None | K | T | BUY | 3/21 | K | | |
| 39. UNITED SURGICAL PARTNERS | | None | K | T | BUY | 5/8 | J | | |
| 40. URSTADT BIDDLE PROPERTIES | B | Dividend | K | T | | | | | |
| 41. VARIAN MEDICAL SYS | | None | L | T | | | | | |
| 42. WALGREEN CO | A | Dividend | L | T | | | | | |
| 43. WALMART STORES | A | Dividend | M | T | | | | | |
| 44. WASHINGTON MUTUAL | A | Dividend | K | T | SOLD PART | 5/22 | J | A | |
| 45. WELLS FARGO CORPORATION | B | Dividend | | | SOLD | 7/8 | L | C | |
| 46. WHOLE FOOD MARKET INC. | | None | L | T | | | | | |
| 47. — OTHER INVESTMENTS — | | | | | | | | | |
| 48. POLYGON ASIA INC | | None | | | SOLD | 12/4 | J | | J.BUSH & CO. |
| 49. J. BUSH ACCOUNT | C | Interest | J | T | | | | | |
| 50. ALLIANCE INSTITUTIONAL PRIME B | D | Interest | N | T | | | | | |
| 51. — BANK ACCOUNTS — | | | | | | | | | |
| 52. FLEET BANK | A | Interest | K | T | | | | | |
| 53. CITIBANK | A | Interest | J | T | | | | | |
| 54. PEOPLES BANK | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    ● = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. --- CORPORATE BONDS --- | | | | | | | | | |
| 56. WAL-MART STORES | B | Interest | K | T | | | | | |
| 57. HOUSEHOLD FINANCE | C | Interest | L | T | | | | | |
| 58. SECONDARY RESIDENCE, LEW BEACH, NY | | None | N | S | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _____ 5/13/04 _____

NOTE: ANY IND███████████████████LFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO ██████████ CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544